Art Hoomiratana (#247253)
ahoomiratana@realestatelawcenter.org
LAW OFFICES OF ART HOOMIRATANA
750 East Green Street, Suite 333
Pasadena, California 91101
Tel: (888) 688-4770
Fax: (888) 848-4570

Attorneys for Plaintiff
RICHMOND TANADA

**MADE JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHMOND TANADA,<br><br>            Plaintiff,<br><br>      vs.<br><br>WACHOVIA MORTGAGE, FSB; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-100, Inclusive,<br><br>            Defendants. | Case No.: CV11-02201 GW (JCx)<br><br>[Assigned to the Honorable George H. Wu]<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**GOOD CAUSE APPEARING, THE ENTIRE CASE IS DISMISSED WITH PREJUDICE AS TO ALL DEFENDANTS, WITH ALL PARTIES TO BEAR THEIR OWN COSTS.**

_December 1, 2011__         _____
     Date                                    THE HONORABLE GEORGE H. WU
                                              UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I understand, declare that I am over the age of 18 and not a party to the within action. I am employed in the City of Pasadena, California; My business address is 750 East Green Street, Suite 333, Pasadena, California 91101.

On November 29th, 2011, I served the following document(s) entitled:

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

On all interested parties in said case addressed as follows:
**Served Electronically:**

ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
E. Christine Hehir, Esq.
199 S. Los robles Avenue, Suite 600
Pasadena, CA 91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764
E-Mail: chehir@afct.com

Attorneys for Defendant
Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger of Wachovia Mortgage, FSB formerly known as World Savings Bank FSB ("Wachovia")

///

///

///

///

| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | 4665 Macarthur Ct. Ste. 280 |
|   | Newport Beach, CA 92660 |
| 3 | Tel: (949) 477-5050 |
| 4 | Fax: (949) 477-9200 |
|   | E-Mail: rwright@wrightlegal.net |
| 5 | |
| 6 | Attorney for Defendant Cal-Western Reconveyance Corporation |
| 7 | |

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 29th, 2011**

/s/Art Hoomiratana

_____

Art Hoomiratana